**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Carlos Joel Ramos Par** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L. Warden, Federal Detention** | : | |
| **Center, Philadelphia, et al.** | : | |
| | : | **No. 26-3504** |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 28th day of May, 2026, upon review of Respondents' response to the Petition (ECF 9) asserting that Petitioner is not entitled to habeas relief because he is lawfully detained under 8 U.S.C. § 1231(a)(5), it is hereby **ORDERED** that Petitioner shall file, on or before June 1, 2026, a reply addressing Respondents' arguments. In particular, Petitioner shall specifically address:

1. whether Petitioner is detained pursuant to 8 U.S.C. § 1231(a)(5), including whether the prior removal order has been reinstated;

2. whether, in light of § 1231(a)(5), this Court has authority to grant the habeas relief Petitioner seeks;

3. whether Petitioner challenges the legality of his detention, the validity or reinstatement of the prior removal order, or both;

4. whether any statutory or jurisdictional limitation bars the Court from considering Petitioner's claims;

5.  whether Petitioner has any pending asylum or related proceedings and how those proceedings affect the legality or duration of his detention; and

6.  what specific relief Petitioner seeks from this Court and the legal basis for that relief.

BY THE COURT:

_____

Hon. Mia R. Perez