**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Carlos Joel Ramos Par** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L. Warden, Federal Detention** | : | |
| **Center, Philadelphia,** *et al.* | : | |
| | : | **No. 26-3504** |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 4th day of June, 2026, upon consideration of Mr. Ramos Par's Petition

for Writ of Habeas Corpus (ECF 1) and for the reasons set forth in the accompanying

Memorandum, the Petition is **DENIED**.

BY THE COURT:

_____

Hon. Mia R. Perez